IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION
C/A NO.: 8:09-CV-01777-HFF

| Wayne Hensarling, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER SUBSTITUTING COUNSEL** |
| Schaefer Systems International, Inc., a corporation, and TGQ-Ermanco, Inc., a corporation, | ) | |
| Defendants. | ) | |

It appears to the Court upon joint motion of counsel that N. Heyward Clarkson, III of the firm of Clarkson, Walsh, Terrell, & Coulter, PA is requesting substitution as counsel for Schaefer Systems International, Inc. in place of Samuel W. Outten and S. Sterling Laney, III of the firm Womble Carlyle Sandridge & Rice, PLLC, that all defendants as well as counsel for the plaintiff consent, and the Court, being of the opinion that such motion should be granted, it is accordingly,

ORDERED, ADJUDGED, AND DECREED that N. Heyward Clarkson, III of the firm of Clarkson, Walsh, Terrell & Coulter, PA., be substituted as attorney for Schaefer Systems International, Inc. in place of Samuel W. Outten and S. Sterling Laney, III of the firm Womble Carlyle Sandridge & Rice, PLLC.

**AND IT IS SO ORDERED.**

<u>s/Henry F. Floyd</u><br>
The Hon. Henry F. Floyd<br>
United States District Judge

January 25, 2010
Greenville, South Carolina

**WE SO MOVE:**

<u>s/ Heyward Clarkson, III</u>
N. Heyward Clarkson, III, Esquire
Fed I.D. 154
Clarkson, Walsh, Terrell, & Coulter, P.A.
P.O. Box 6728
Greenville, SC 29606
Phone: (864) 232-4400

s/ Samuel W. Outten._____
Samuel W. Otten
Fed I.D. 2943
Sterling Laney, III
Fed I.D. 6255
Womble Carlyle Sandridge & Rice
A Professional Limited Liability Company
550 S. Main Street, Suite 400
P.O. Box 10208
Greenville, SC 29603
Phone: (864) 282-1976

**WE CONSENT:**

s/ William Layton Duncan_____
William Layton Duncan
Fed I.D. 645
Butler Means Evans and Browne
P.O. Drawer 451
Spartanburg, SC 29304
Phone: (864) 582-5630

s/ Floyd S. Mills III_____
Floyd S. Mills III
Fed I.D. 9980
Trammell Law Firm
1650 East Greenville Street
P.O. Box 1656
Anderson, SC 29622
Phone: (864) 231-7171